| | |
|---|---|
| O'BRIEN WATTERS & DAVIS, LLP<br>Joseph A. Piasta II, Esq. (CSB # 72256)<br>Fountaingrove Corporate Centre I<br>3510 Unocal Place, Suite 200<br>P.O. Box 3759<br>Santa Rosa, CA 95402-3759<br>(707) 545-7010 | **E-Filed 4/29/2010** |

Attorneys for Plaintiffs Gerald Dieter Griffin, M.D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| GERALD DIETER GRIFFIN, M.D,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CENTRAL COAST CARDIOLOGY, RICHARD GERBER, M.D., ANTHONY SINTETOS, M.D., JAMES DACUS, M.D., THOMAS MUSTOE, M.D., PATRICK ZETTERLUND, M.D. and DOES 1 to 100, INCLUSIVE,<br><br>　　　　Defendants.<br>_____/ | No. CV 09-04602 JF<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT AND VACATING MAY 14 HEARING |

　　WHEREAS, the parties in the above referenced action, as represented through their counsel have jointly requested that plaintiff be granted leave to file an amended complaint and seeing good cause therefore, IT IS HEREBY ordered, agreed, and adjudged that plaintiff shall be granted such leave to file an amended complaint;

　　Plaintiff shall file such an amended complaint on or before June 1, 2010;

///

///

///

///

---

1

1       In light of the foregoing, defendants' motion to dismiss is taken off of the May 14, 2010
2   calendar.
3       PURSUANT TO STIPULATION, IT IS SO ORDERED,
4       Dated:   4/29/2010

By: _____
The Honorable Jeremy Fogel
Judge of the United States District Court