O'BRIEN WATTERS & DAVIS, LLP
Joseph A. Piasta II, Esq. (CSB # 72256)
Fountaingrove Corporate Centre I
3510 Unocal Place, Suite 200
P.O. Box 3759
Santa Rosa, CA 95402-3759
(707) 545-7010

Attorneys for Plaintiffs Gerald Dieter Griffin, M.D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| GERALD DIETER GRIFFIN, M.D,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL COAST CARDIOLOGY, RICHARD GERBER, M.D., ANTHONY SINTETOS, M.D., JAMES DACUS, M.D., THOMAS MUSTOE, M.D., PATRICK ZETTERLUND, M.D. and DOES 1 to 100, INCLUSIVE,<br><br>Defendants. | No. CV 09-04602 JF<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE AN AMENDED COMPLAINT |

WHEREAS, the parties in the above referenced action, as represented through their counsel have jointly requested that plaintiff be granted leave to file an amended complaint and seeing good cause therefore, IT IS HEREBY ordered, agreed, and adjudged that plaintiff shall be granted such leave to file an amended complaint;

Plaintiff shall file such an amended complaint on or before June 18, 2010;

In light of the foregoing, defendants' motion to dismiss is taken off of the May 14, 2010 calendar.

///

///

///

---

1

Case No. CV 09-04602 JF
[Proposed] Order Granting Leave
to File An Amended Complaint

1  PURSUANT TO STIPULATION, IT IS SO ORDERED,

2  Dated:  6/21/10

3

4  By: _____

5  The Honorable Jeremy Fogel
   Judge of the United States District Court

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

2

Case No. CV 09-04602 JF
[Proposed] Order Granting Leave
to File An Amended Complaint