O'BRIEN WATTERS & DAVIS, LLP
Joseph A. Piasta II, Esq. (CSB # 72256)
Fountaingrove Corporate Centre I
3510 Unocal Place, Suite 200
P.O. Box 3759
Santa Rosa, CA 95402-3759
(707) 545-7010

Attorneys for Plaintiffs Gerald Dieter Griffin, M.D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| GERALD DIETER GRIFFIN, M.D, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL COAST CARDIOLOGY, RICHARD GERBER, M.D., ANTHONY SINTETOS, M.D., JAMES DACUS, M.D., THOMAS MUSTOE, M.D., PATRICK ZETTERLUND, M.D. and DOES 1 to 100, INCLUSIVE, <br><br> Defendants. | No.  CV 09-04602 JF <br><br> [PROPOSED] ORDER DISMISSING FIRST AMENDED COMPLAINT WITH PREJUDICE |

WHEREAS, the parties in the above referenced action, as represented through their counsel have settled the above referenced action and seeing good cause therefore, IT IS HEREBY ordered, agreed, and adjudged that the above referenced claim is dismissed with prejudice, each side is to bear its own costs and fees;

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated: __8/30/10__          By: _____

The Honorable Jeremy Fogel
Judge of the United States District Court